**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 12-0011-PHX-DGC |
| Plaintiff, | |
| vs. | **DETENTION ORDER** |
| Jim Scott Bucio, | |
| Defendant. | |

On February 7, 2012, defendant Jim Scott Bucio appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, for the reasons stated in detail on the record, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court and that it is unlikely that the defendant would abide by any conditions the Court might set. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED REVOKING defendant's Pretrial Release. Defendant shall be detained pending further proceedings.

DATED this 7th day of February, 2012.

David K. Duncan
United States Magistrate Judge